Matt Putterman (CA Bar No. 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Telephone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

David C. Silver (*pro hac vice forthcoming*)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

*Attorneys for Plaintiff Graciela Jacobo*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA JACOBO, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, an individual;<br><br>    Defendant. | Case No. _____<br><br>**PLAINTIFF'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AGAINST DEFENDANT JOHN DOE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as the matter may be heard, movant GRACIELA JACOBO, an individual ("Plaintiff" or "JACOBO"), by and through her undersigned attorneys, will and hereby does move this Court pursuant to Federal Rules of Civil Procedure 7 and 65(b) and Local Civil Rules 130, 230, and 231, for entry of a Temporary Restraining Order (TRO) against Defendant JOHN DOE, an individual, freezing his assets -- including the Destination Addresses (defined in the Motion) maintained by him, for him, or by any entity under his control.

This Motion is made and based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of GRACIELA JACOBO, the Declaration of David C. Silver, the [proposed] Temporary Restraining Order, and such other matters, evidence, and argument as may be presented at or prior to a hearing on the Motion.

Respectfully submitted,

Dated:  June 3, 2022

**PUTTERMAN LAW, APC**

By:  */s/ Matt Putterman*
Matt Putterman (CA Bar No. 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Telephone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

David C. Silver (*pro hac vice forthcoming*)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

*Attorneys for Plaintiff Graciela Jacobo*