1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACIELA JACOBO, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, an individual;<br><br>    Defendant. | Case No. _____<br><br><br>**DECLARATON OF GRACIELA JACOBO** |

DECLARATION OF GRACIELA JACOBO

Pursuant to 28 U.S.C. § 1746, I, GRACIELA JACOBO, declare the following:

1. My name is Graciela Jacobo. I am over eighteen (18) years of age, and I am the plaintiff in the above-captioned lawsuit. I make this affidavit based upon my personal knowledge.

2. This affidavit is made in support of my Motion for Temporary Restraining Order Without Notice against Defendant JOHN DOE (the "Motion").

3. I have reviewed the Motion as well as the documents referenced therein. I have also reviewed, and am familiar with, the Complaint filed in this action.

4. In support of the Motion, I represent based upon my personal knowledge and on my investigation to date, the factual allegations contained in following particular paragraphs of the Complaint which directly relate to the narrow form of equitable relief sought by the Motion are true and correct: ¶¶ 1, 2, 3, 4, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.

5. To be clear, while I believe all allegations in the Complaint to be true, I merely limit this declaration to the cited paragraphs for the narrow purpose of the relief sought by the Motion.

FURTHER DECLARANT SAYETH NAUGHT.


**VERIFICATION**

I, GRACIELA JACOBO, hereby verify and declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

      */s/ Graciela Jacobo*
      GRACIELA JACOBO

DATED this 2nd day of June 2022.