# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## TEMPORARY RESTRAINING ORDER
## (TRO)
## CHECKLIST

**NOTE:** When filing a Motion for a TRO with the court, you must choose Motion for TRO. You must complete this document and attach it to your motion as an attachment in CM/ECF. If you have questions, please call the CM/ECF Help Desk at 1-866-884-5525 (Sacramento) or 1-866-884-5444 (Fresno).

(A)  *Check one.*   Filing party is represented by counsel   ☑

   Filing party is acting in pro se   ☐

(B) Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? *See Local Rule 231 and FRCP 65(b).*

**Notice was not provided to Defendant JOHN DOE because his identity, including a physical and/or electronic address at which Defendant JOHN DOE can be contacted about the claims asserted against him in this lawsuit, is presently unknown to Plaintiff. See, Declaration of David C. Silver (June 2, 2022).**

Did applicant discuss alternatives to a TRO hearing?
**No. There is no one with whom to have such discussions at this time.**

Did applicant ask opponent to stipulate to a TRO?
**No. There is no one with whom to have such discussions at this time.**

Opposing Party: **JOHN DOE**

Telephone No.: **<<Unknown>>**

(C) Has there been undue delay in bringing a TRO?
**No.**

Could this have been brought earlier?

   Yes: ☐   No: ☑

(D)  What is the irreparable injury?

**Plaintiff's cryptocurrency was stolen from her by JOHN DOE; and without entry of a Temporary Restraining Order, Plaintiff may be unable to recover for her equitable claims.**

Why the need for an expedited hearing?

**Considering the speed with which cryptocurrency transactions are made as well as the anonymous nature of those transactions, it is imperative to freeze JOHN DOE's assets, including those in the Destination Addresses (defined in Complaint and Motion for TRO), to maintain the status quo to avoid dissipation of the assets illegally taken from Plaintiff.**

(E)  Documents to be filed and (unless impossible) served on affected parties/counsel:

- ☑ (1) Complaint
- ☑ (2) Motion for TRO
- ☑ (3) Brief on all legal issued presented by the motion
- ☑ (4) Affidavit detailing notice, or efforts to effect notice, or showing why it should not be given
- ☑ (5) Affidavit in support of existence of irreparable harm
- ☑ (6) Proposed order with provision for bond
- ☑ (7) Proposed order with blanks for fixing:
    - ☑ Time and date of hearing for motion for preliminary injunction
    - ☑ Date for filing responsive papers
    - ☑ Amount of bond, if any
    - ☑ Date and hour of issuance
- ☑ (8) For TROs requested *ex parte*, proposed order shall notify affected parties they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow.  *See Local Rule 231 and FRCP 65(b)*