IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**GRACIELA JACOBO ,**

Plaintiff,

v.

**JOHN DOE ,**

Defendant.

No. **1:22−CV−00672−DAD−BAK**

**NOTICE OF TEMPORARY MAGISTRATE JUDGE REFERRAL**

Due to the elevation of Bakersfield Magistrate Judge Jennifer L. Thurston to District Judge, the court finds it necessary to reassign the above-captioned case to Bakersfield Magistrate Judge (BAK). This case is temporarily referred to a magistrate judge until a new magistrate judge is appointed.

**YOU ARE THEREFORE NOTIFIED** that this case is hereby temporarily referred to **Magistrate Judge Barbara A. McAuliffe** until such time as a new Bakersfield magistrate judge is appointed.  Documents filed in this case shall include the temporary magistrate judge's initials, as follows:           **1:22−CV−00672−DAD−BAK (BAM)**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:   June 3, 2022                   KEITH G. HOLLAND, Clerk of Court

by:  /s/ S. Martin−Gill
                                                          Deputy Clerk

1