Matt Putterman (CA Bar No. 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Telephone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

David C. Silver (*pro hac vice forthcoming*)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

*Attorneys for Plaintiff Graciela Jacobo*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA JACOBO, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, an individual;<br><br>    Defendant. | Case No. 1:22-cv-00672-DAD-BAK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXPEDITED DISCOVERY** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as the matter may be heard, movant GRACIELA JACOBO, an individual ("Plaintiff" or "JACOBO"), by and through her undersigned attorneys, will and hereby does move this Court pursuant to Federal Rules of Civil Procedure 7, 30(a)(2)(A)(iii), 33(a), 33(b)(2), 34(b), and 45 and Local Civil Rules 130 and 230 for entry of an Order permitting Plaintiff to engage in expedited discovery from any relevant third-parties to enable Plaintiff to secure documents and information pertaining to Defendant JOHN DOE, an individual ("JOHN DOE") -- a cryptocurrency wallet/account holder who is alleged to have possessed and/or stolen from Plaintiff millions of dollars in cryptocurrency belonging to Plaintiff.

This Motion is made and based on this Notice, the accompanying Memorandum of Points and Authorities, the [proposed] Order, and such other matters, evidence, and argument as may be presented at or prior to a hearing on the Motion.

Dated:   June 8, 2022

Respectfully submitted,

**PUTTERMAN LAW, APC**

By:   */s/ Matt Putterman*
Matt Putterman (CA Bar No. 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Telephone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

David C. Silver (*pro hac vice forthcoming*)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

*Attorneys for Plaintiff Graciela Jacobo*

Case No. 1:22-cv-00672-DAD-BAK

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXPEDITED DISCOVERY