

# United States District Court
# Eastern District of California

| | |
|---|---|
| GRACIELA JACOBO, an individual | Case Number: 1:22-cv-00672-DAD-BAK |
| Plaintiff(s) | |
| V. | |
| JOHN DOE, an individual | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David C. Silver hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff GRACIELA JACOBO

On 09/18/2002 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/09/2022        Signature of Applicant: /s/ David C. Silver

**Pro Hac Vice Attorney**

Applicant's Name: David C. Silver
Law Firm Name: Silver Miller
Address: 4450 NW 126th Avenue - Suite 101

City: Coral Springs   State: FL   Zip: 33065
Phone Number w/Area Code: (954) 516-6000
City and State of Residence: Parkland, FL
Primary E-mail Address: DSilver@SilverMillerLaw.com
Secondary E-mail Address: JMiller@SilverMillerLaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matt Putterman
Law Firm Name: Putterman Law, APC
Address: 23 Corporate Plaza Drive - Suite 150

City: Newport Beach   State: CA   Zip: 92660
Phone Number w/Area Code: (949) 271-6382   Bar #: 306845

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT

# Supreme Court of Florida
## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**David Chad Silver**

was admitted as an Attorney and Counselor entitled to practice law in all the Courts of the State of Florida on September 18, 2002, is presently in good standing, and that the private and professional character of the attorney appears to be good.

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 3, 2022.*



Clerk of the Supreme Court of Florida.