Matt Putterman (CA Bar No. 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Telephone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

David C. Silver (*Pro Hac Vice* - DE 10)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

*Attorneys for Plaintiff Graciela Jacobo*

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA JACOBO, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, an individual;<br><br>    Defendant. | Case No. 1:22-cv-00672-DAD-BAK<br><br>**PLAINTIFF'S STATUS REPORT REGARDING EXPEDITED DISCOVERY, AMENDED COMPLAINT, AND MOTION FOR PRELIMINARY INJUNCTION** |

1
2
3
4
5

Pursuant to the June 7, 2022 Order Granting Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order [Doc. No. 6] stating that, *inter alia*, Plaintiff GRACIELA JACOBO, an individual ("Plaintiff" or "JACOBO"), shall file with the Court a Status Report pertaining to expedited discovery and any Motion for Preliminary Injunction.  In response to the Court's instructions, Plaintiff hereby submits the following report.

6

**Expedited Discovery**

7
8
9
10
11

On June 8, 2022, Plaintiff filed with the Court a Motion for Expedited Discovery [Doc. No. 7] through which Plaintiff sought leave of Court to obtain from any relevant third-parties documents and information pertaining to Defendant JOHN DOE, an individual ("JOHN DOE") -- a cryptocurrency wallet/account holder who is alleged to have possessed and/or stolen from Plaintiff millions of dollars in cryptocurrency belonging to Plaintiff.

12

On June 9, 2022, the Court granted Plaintiff's Motion for Expedited Discovery [Doc. No. 9].

13
14
15

On June 13, 2022, Plaintiff served upon six cryptocurrency exchanges subpoenas duces tecum to obtain documents and information that would assist Plaintiff and the Court in identifying JOHN DOE and providing JOHN DOE notice of these proceedings.

16
17
18
19

As of the date of this Report, some subpoena recipients have provided responsive documents and information; while other recipients have yet to make their productions.  At this time, Plaintiff cannot identify with any measure of certainty JOHN DOE; and Plaintiff states that additional subpoena responses will be needed to reliably identify JOHN DOE.

20
21

**Amended Complaint Identifying Additional Victim**

22
23
24
25
26
27

Since the date on which Plaintiff filed her Complaint in this action [Doc. No. 1], it has become apparent through multiple cross-checked blockchain tracing methodologies that the same JOHN DOE who victimized Plaintiff also victimized at least one other victim in an identical manner through the same fraudulent scheme that harmed Plaintiff.  To streamline the adjudication of these factually-intertwined claims, undersigned counsel intends to file an Amended Complaint identifying the additional victim as a co-plaintiff asserting identical claims against JOHN DOE.

28

Case No. 1:22-cv-00672-DAD-BAK

1

**Motion for Preliminary Injunction**

As noted above, Plaintiff has not yet culled sufficient documents and information to identify with a necessary measure of certainty the JOHN DOE defendant by his actual name.  While Plaintiff can file with the Court a Motion for Preliminary Injunction within five (5) business days of a Court Order instructing such a filing, Plaintiff submits that such a filing would be premature at this time; as no identifiable defendant exists upon whom notice of such a motion can be served.  Moreover, it would be prudent to wait until after the anticipated Amended Complaint is filed before a Motion for Preliminary Injunction is presented to the Court.

Plaintiff respectfully requests that the Court extend by an additional fourteen (14) days the Temporary Restraining Order to afford Plaintiff additional time to identify and notify JOHN DOE of the allegations asserted against him in this action.  Prior to the expiration of the requested extension, Plaintiff will file a second Status Report addressing Plaintiff's updated efforts to identify and notify JOHN DOE and whether any further extension of the Temporary Restraining Order might be requested.

Undersigned counsel for Plaintiff remains available to discuss with the Court those and any other matters the Court wishes to address in connection with this matter.

Dated:   July 7, 2022

Respectfully submitted,

**PUTTERMAN LAW, APC**

By:    */s/ Matt Putterman*
Matt Putterman (CA Bar No. 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Telephone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

David C. Silver (*Pro Hac Vice* - DE 10)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

*Attorneys for Plaintiff Graciela Jacobo*

Case No. 1:22-cv-00672-DAD-BAK

PLAINTIFF'S STATUS REPORT REGARDING EXPEDITED DISCOVERY
AMENDED COMPLAINT, AND MOTION FOR PRELIMINARY INJUNCTION