Matt Putterman (CA Bar No. 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Telephone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

David C. Silver (*Pro Hac Vice* - DE 10)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

*Attorneys for Plaintiff Graciela Jacobo*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA JACOBO, an individual;<br><br>       Plaintiff,<br><br>v.<br><br>JOHN DOE, an individual;<br><br>       Defendant. | Case No. 1:22-cv-00672-DAD-BAK<br><br>**PLAINTIFF'S STATUS REPORT REGARDING MOTION FOR PRELIMINARY INJUCTION** |

Pursuant to the July 8, 2022 Minute Order of the Court [Doc. No. 12] stating that, *inter alia*, Plaintiff GRACIELA JACOBO, an individual ("Plaintiff" or "JACOBO"), shall within twenty-one (21) days of the Minute Order file with the Court a Status Report pertaining any Motion for Preliminary Injunction; Plaintiff hereby submits the following report.

**Motion for Preliminary Injunction**

As previously reported to the Court [DE 11], Plaintiff has served numerous non-party subpoenas duces tecum to obtain documents and information that would assist Plaintiff and the Court in identifying Defendant JOHN DOE, an individual ("JOHN DOE") -- a cryptocurrency wallet/account holder who is alleged to have possessed and/or stolen from Plaintiff millions of dollars in cryptocurrency belonging to Plaintiff -- and providing JOHN DOE notice of these proceedings.

While Plaintiff has received responses from some of the cryptocurrency exchanges subpoenaed and some non-U.S.-based individuals whose cryptocurrency wallets were frozen by the June 7, 2022 Temporary Restraining Order entered by the Court [DE 6], Plaintiff has still not yet culled sufficient documents and information to identify with a necessary measure of certainty the JOHN DOE defendant by his actual name. Plaintiff continues to engage in discovery with the individual wallet holders in a good faith effort to either identify one or more of them as JOHN DOE or to obtain from them additional information that will lead to the identity of the actual JOHN DOE.

Plaintiff submits that filing a Motion for Preliminary Injunction remains premature at this time, as no identifiable defendant exists upon whom notice of such a motion can be served. Plaintiff is diligently pursuing all avenues of discovery available to her at this time and requests that the Court dispense with the standard timing requirements of Fed.R.Civ.P. 16 and 26, to the extent Plaintiff needs to engage in more fulsome discovery efforts with those non-parties than already permitted by the Court in its Order Granting in Part and Denying in Part Plaintiff's Motion for Expedited Discovery [DE 9]. Those efforts remain focused on identifying JOHN DOE, not on the merits of Plaintiff's claims.

Plaintiff will update the Court as soon as adequate information has been gathered to identify JOHN DOE and proceed with a fully-noticed Motion for Preliminary Injunction.

Undersigned counsel for Plaintiff remains available to discuss with the Court any matters the Court wishes to address in connection with this action.

Dated: July 29, 2022

Respectfully submitted,

**PUTTERMAN LAW, APC**

By: /s/ David C. Silver
Matt Putterman (CA Bar No. 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Telephone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

David C. Silver (*Pro Hac Vice* - DE 10)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

*Attorneys for Plaintiff Graciela Jacobo*