# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRACIELA JACOBO** | CASE: **1:22−CV−00672−ADA−BAK** |
| vs. | |
| **JOHN DOE** | **ORDER OF REASSIGNMENT** |

/

The court, having considered the appointment of District Judge Ana de Alba finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **District Judge Dale A. Drozd** to **District Judge Ana de Alba** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is:   **1:22−CV−00672−ADA−BAK**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED:  August 24, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE