IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRACIELA JACOBO** | CASE:  **1:22−CV−00672−ADA−CDB** |
| vs. | |
| **JOHN DOE** | **ORDER OF REASSIGNMENT** |

The court, having considered the appointment of Magistrate Judge Christopher D. Baker finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Bakersfield Magistrate Judge (BAK)** to **Magistrate Judge Christopher D. Baker** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:    **1:22−CV−00672−ADA−CDB**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED:  October 6, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE