Matt Putterman (CA Bar No. 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Telephone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

David C. Silver (*Pro Hac Vice* - DE 10)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

*Attorneys for Plaintiff Graciela Jacobo*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

GRACIELA JACOBO, an individual;

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

Case No. 1:22-cv-00672-DAD-BAK

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1    PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff GRACIELA

2  JACOBO, by and through undersigned counsel, hereby DISMISSES WITHOUT PREJUDICE the

3  claims brought against Defendant JOHN DOE, an individual.  Despite several months of assistance and

4  diligent efforts from federal law enforcement officials as well as Plaintiff's undersigned counsel,

5  Plaintiff has been unable to identify or locate Defendant JOHN DOE -- thus rendering her unable to

6  prosecute her claims in this action in any meaningful form.

7    Because Defendant has not been located or served, Defendant has neither served an Answer nor

8  filed a Motion for Summary Judgment in this action.  Accordingly, this action may be dismissed

9  without prejudice and without an Order of the Court.

10   Each party shall bear its own costs and attorneys' fees in this matter.

11

12                                                 Respectfully submitted,

13  Dated:   February 16, 2023

14                                                 **PUTTERMAN LAW, APC**

15                                                 By:   */s/ David C. Silver*
                                                   Matt Putterman (CA Bar No. 306845)
                                                   **PUTTERMAN LAW, APC**
16                                                 23 Corporate Plaza Drive - Suite 150
                                                   Newport Beach, CA 92660
17                                                 Telephone: (949) 271-6382
                                                   E-Mail: Matt@Putterman-Law.com

18
                                                   David C. Silver (*Pro Hac Vice* - DE 10)
19                                                 **SILVER MILLER**
                                                   4450 NW 126th Avenue - Suite 101
20                                                 Coral Springs, Florida 33065
                                                   Telephone: (954) 516-6000
21                                                 E-Mail: DSilver@SilverMillerLaw.com

22
                                                   *Attorneys for Plaintiff Graciela Jacobo*
23

24

25

26

27

28

                                                          Case No. 1:22-cv-00672-DAD-BAK
                                                   2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE